IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MIRIAM E. CABRERA, *By Lucinda Trust, Attorney in Fact*, <br> Plaintiff, <br><br> v. <br><br> LOANCARE, *a Division of FNF Servicing, Inc., et al.*, <br> Defendants. | § § § § § § § § § § | Civil Action No. 3:12-CV-2054-M |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since Plaintiff has not timely filed an amended complaint as allowed by the recommendation, *Defendants Loancare, A Division of FNF Servicing, Inc., and Freedom Mortgage Corporation's Motion to Dismiss for Failure to State a Claim*, filed August 14, 2012 (doc. 6), is **GRANTED**, and all of Plaintiff's claims against them are **DISMISSED with prejudice.** The alternative *Motion for More Definite Statement* is **DENIED as moot**.

**SIGNED** this 25th day of February, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS